### Commonwealth ex rel. Marmarou v. Marmarou, Appellant.

Argued March 19, 1965. *Arthur M.*

*Soll,* with him *Soll and Soll,* for appellant; *Max C. Baylinson,* for appellee.

: Order affirmed.

FLOOD, J., absent.